**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Wendy Myers Cox, Debtor                   Case No. 20-51677-KMS
                                                                                                        Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: **/s/ Wendy Myers Cox**          **11/13/2025**
        Wendy Myers Cox                                      Date

**/s/ Thomas C. Rollins, Jr.**          **11/17/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469      Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

     On November 17, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                           **/s/ Thomas C. Rollins, Jr.**
                                                           Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WENDY MYERS COX

CASE NO: 20-51677-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 11/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>WENDY MYERS COX | CASE NO: 20-51677-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/17/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2025

*/s/ Miles Wood/*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO | | ~~EXCLUDE~~ |
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-51677-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON NOV 17 8-47-22 PST 2025 | BAY FINANCIAL  INC<br>9300 BLUEBONNET BLVD<br>BATON ROUGE  LA 70810-2805 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| ATT CORP<br>ATT SERVICES INC<br>KAREN A CAVAGNARO  PARALEGAL<br>ONE ATT WAY  SUITE 3A104<br>BEDMINSTER  NJ 07921-2693 | AARONS<br>405 PASS RD<br>GULFPORT  MS 39507-2902 | AMERICAN CREDIT ACCEPTANCE<br>961 EAST MAIN STREET<br>SPARTANBURG  SC 29302-2149 |
| BAY FINANCE<br>9300 BLUEBONNET BLVD<br>BATON ROUGE  LA 70810-2805 | BIENVILLE ORTHOPAEDIC<br>3615 HOSPITAL RD<br>PASCAGOULA  MS 39581-4112 | BILOXI MERIT HEALTH<br>150 RENOIR ST<br>BILOXI  MS 39530-4130 |
| CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| CAPITAL ONE NA<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | CREDIT ACCEPTANCE<br>PO BOX 5070<br>SOUTHFIELD  MI 48086-5070 | (P)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 |
| DIRECTTV  ATT UVERSE<br>PO BOX 536216<br>ATLANTA  GA 30353-6216 | DIRECTV  LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | FED LOAN SERVICING<br>POB 60610<br>HARRISBURG  PA 17106-0610 |
| FIRST FINANCIAL INVESTMENT FUND HOLDINGS  LL<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | HENLEY  LOTTERHOS  HE<br>PO BOX 389<br>JACKSON  MS 39205-0389 | MERCURY CARD<br>PO BOX 70168<br>PHILADELPHIA  PA 19176-0168 |
| MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 | MIDLAND FUND<br>320 EAST BIG BEAVER<br>TROY  MI 48083-1238 | OCEAN SPRINGS HOSPITAL<br>PO BOX 660940<br>DALLAS  TX 75266-0940 |
| PAMELA RHODES<br>814 N MAGNOLIA DR<br>WIGGINS  MS 39577-3621 | PARAGON REVENUE GROUP<br>216 LE PHILLIP CR<br>CONCORD  NC 28025-2954 | PEARL RIVER VALLEY<br>1422 HWY 13 W<br>HATTIESBURG  MS 39402 |

```
QUANTUM3 GROUP LLC AS AGENT FOR      SINGING  RIVER HOSPITA              SINGING RIVER HEALTH SYSTEM
CREDIT CORP SOLUTIONS INC            PO BOX 789                          CO MICHAEL J MCELHANEY  JR
PO BOX 788                           OCEAN SPRINGS  MS 39566-0789        P O BOX 1618
KIRKLAND  WA  98083-0788                                                 PASCAGOULA  MS 39568-1618




SMITH ROUCHON  ASSOC                 SYNCHRONY BANK                      SYNCHRONY BANK
1456 ELLIS AVENUE                    PO BOX 965060                       PO BOX 105972
JACKSON  MS 39204-2204               ORLANDO  FL 32896-5060              ATLANTA  GA 30348-5972




                                                                         EXCLUDE

US DEPARTMENT OF EDUCATION           US DEPT OF EDUCATION                UNITED STATES TRUSTEE
CO FEDLOAN SERVICING                 EDFINANCIAL SERVICES                501 EAST COURT STREET
PO BOX 69184                         120 N SEVEN OAKS DRIVE              SUITE 6-430
HARRISBURG  PA 17106-9184            KNOXVILLE  TN 37922-2359            JACKSON  MS 39201-5022



                                     EXCLUDE                             EXCLUDE

JENNIFER A CURRY CALVILLO            THOMAS CARL ROLLINS JR              (P)WARREN A  CUNTZ  T1 JR
THE ROLLINS LAW FIRM                 THE ROLLINS LAW FIRM  PLLC          PO BOX 3749
702 W PINE ST                        PO BOX 13767                        GULFPORT MS 39505-3749
HATTIESBURG  MS 39401-3836           JACKSON  MS 39236-3767



DEBTOR

WENDY MYERS COX
1910 SOUTHERN AVE N12
BILOXI  MS 39531-5254
```