United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 20-51677-KMS
Wendy Myers Cox     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Dec 12, 2025     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendy Myers Cox, 1910 Southern Ave N12, Biloxi, MS 39531-5254 |
| cr | + | Bay Financial, Inc., 9300 Bluebonnet Blvd., Baton Rouge, LA 70810-2805 |
| 4955701 | + | Bay Finance, 9300 Bluebonnet Blvd., Baton Rouge, LA 70810-2805 |
| 4955702 | + | Bienville Orthopaedic, 3615 Hospital Rd, Pascagoula, MS 39581-4112 |
| 4955703 | + | Biloxi Merit Health, 150 Renoir St, Biloxi, MS 39530-4130 |
| 4955708 | + | DirectTv / ATT UVerse, PO Box 536216, Atlanta, GA 30353-6216 |
| 4955709 | + | Fed Loan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 4955713 | | Ocean Springs Hospital, P.O. Box 660940, Dallas, TX 75266-0940 |
| 4955714 | + | Pamela Rhodes, 814 N Magnolia Dr, Wiggins, MS 39577-3621 |
| 4955716 | | Pearl River Valley, 1422 Hwy 13 W, Hattiesburg, MS 39402 |
| 4955717 | + | Singing River Hospita, PO Box 789, Ocean Springs, MS 39566-0789 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4969141 | + | EDI: ATTWIREBK.COM | Dec 13 2025 00:29:00 | AT&T Corp, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4955699 | + | Email/Text: bankruptcynotices@aarons.com | Dec 12 2025 19:34:00 | Aaron's, 405 Pass Rd, Gulfport, MS 39507-2902 |
| 4955700 | + | Email/Text: bankruptcy@acacceptance.com | Dec 12 2025 19:34:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2149 |
| 4955707 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Dec 12 2025 19:34:00 | Credit Corp Solutions, 63 E 11400 S 408, Sandy, UT 84070 |
| 4955704 | + | EDI: CAPITALONE.COM | Dec 13 2025 00:29:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4958942 | + | EDI: AIS.COM | Dec 13 2025 00:29:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4958941 | + | EDI: AIS.COM | Dec 13 2025 00:29:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4955705 | + | EDI: CAPITALONE.COM | Dec 13 2025 00:29:00 | Capital One NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4955706 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 12 2025 19:34:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 4958342 | + | EDI: AIS.COM | Dec 13 2025 00:29:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4968805 | + | EDI: JEFFERSONCAP.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: 3180W | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 13 2025 00:29:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4955710 | ^ | MEBN | | |
| | | | Dec 12 2025 19:29:09 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 4955711 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Dec 12 2025 19:34:00 | Mercury Card, P.O. Box 70168, Philadelphia, PA 19176-0168 |
| 4959295 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 12 2025 19:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4955712 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 12 2025 19:34:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 4955715 | + | Email/Text: bkrnotice@prgmail.com | | |
| | | | Dec 12 2025 19:34:00 | Paragon Revenue Group, 216 Le Phillip Cr, Concord, NC 28025-2954 |
| 4956637 | | EDI: Q3G.COM | | |
| | | | Dec 13 2025 00:29:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4991858 | ^ | MEBN | | |
| | | | Dec 12 2025 19:29:12 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 4955718 | + | Email/Text: Tracey@sra-inc.net | | |
| | | | Dec 12 2025 19:34:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4955719 | + | EDI: SYNC | | |
| | | | Dec 13 2025 00:29:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4955720 | + | EDI: SYNC | | |
| | | | Dec 13 2025 00:29:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 4966474 | ^ | MEBN | | |
| | | | Dec 12 2025 19:29:13 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5200870 | + | Email/Text: EBN@edfinancial.com | | |
| | | | Dec 12 2025 19:34:00 | US Dept. of Education, Edfinancial Services, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: 3180W | Total Noticed: 34 |

**below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Wendy Myers Cox jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Wendy Myers Cox trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Wendy Myers Cox** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9459** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20–51677–KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Wendy Myers Cox**
fka Wendy Jacob Myers

Dated: 12/12/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**