Generated: Feb 23, 2026 1:59PM										Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Jackson

Warren A. Cuntz, Jr.												Receipt Date: Feb 23, 2026 1:59PM

Rcpt. No: 30001040			Trans. Date: Feb 23, 2026 1:59PM			Cashier ID: #CyLs (3947)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| UC | UNCLAIMED FUNDS | 20-51677-KMS | 1 | 304.78 | 304.78 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #753564 | 02/23/2026 | | $304.78 |
| | | | Total Due Prior to Payment: | | $304.78 |
| | | | Total Tendered: | | $304.78 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Debtor:** Wendy Myers Cox

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



RETURN SERVICE REQUESTED

9320245028 0008

FIRST-CLASS

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

FEB 23 2026

By: Danny L. Miller
Clerk of Court
Deputy Clerk

ZIP 39503
02 7H
0006216384

US POSTAGE PITNEY BOWES
$ 000.74⁰
FEB 19 2026